IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED SECURITY HEALTH AND**                 **PLAINTIFF**
**CASUALTY INSURANCE COMPANY**

v.            CASE NO. 2:23-CV-00035-BSM

**DEONTA MILLER,** *et al.*                             **DEFENDANTS**

## ORDER

United Security Health and Casualty Insurance Company's motion for default judgment [Doc. No. 28] is granted because defendants Deonta Miller; LeCeedric Hunter; Teresa Hawkins, as administratrix for the estate of Jeremy Tilson, deceased; Delane Devon Bedford; Carlton Otey; and Tekillia Hammond have failed to timely respond to the complaint, clerk's defaults have been entered against defendants, and United Security is therefore entitled to a default judgment. *See* Doc. Nos. 22-27.

United Security therefore has no duty to defend or to provide insurance coverage to defendants in connection with the September 18, 2020 motor vehicle accident involving defendants. All declaratory relief sought by United Security in its complaint is granted.

IT IS SO ORDERED this 15th day of December, 2023.

                                                     /s/ Brian S. Miller
                                                     UNITED STATES DISTRICT JUDGE