IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED SECURITY HEALTH AND**                               **PLAINTIFF**
**CASUALTY INSURANCE COMPANY**

v.                        CASE NO. 2:23-CV-00035-BSM

**DEONTA MILLER,** *et al.*                                      **DEFENDANTS**

## DEFAULT JUDGMENT

Consistent with the order entered on December 15, this case is dismissed.

IT IS SO ORDERED this 18th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE